# CRIMINAL CASE COVER SHEET     U.S. ATTORNEY'S OFFICE

Defendant Name: **MICHAEL DALE KELLER**

Place of Offense (City & County): Newport/Cocke County

Juvenile: Yes ___ No _X_    Matter to be Sealed: Yes ___ No _X_

Interpreter: No _X_ Yes ___    Language: ___

Total # of Counts: ___ Petty   ___ Misdemeanor (Class ___)   _1_ Felony

| | **ORIGINAL COMPLAINT**<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Murder for Hire (18 U.S.C. § 1958) | 1 |

Current Trial Date (if set): _____    before Judge _____

Criminal Complaint Filed: No _X_ Yes ___    Case No. _____

Defendant on Supervised Release: Yes ___ No _X_

Violation Warrant Issued? No _X_ Yes ___    Case No. _____

Related Case(s):

| Case Number | Defendant's attorney | How related |
|---|---|---|
| Case Number | Defendant's attorney | How related |

Criminal Informations:

Pending criminal case: No _X_ Yes ___    Case No. _____

New Separate Case: _____    Supersedes Pending Case: _____

Name of defendant's attorney: _____

Retained: _____    Appointed: _____

Date: January 29, 2015    Signature of AUSA: J. Gregory Bowman