IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

*CRIMINAL MINUTES: INITIAL APPEARANCE*

USA v  MICHAEL DALE KELLER

Case No 2:15-MJ-15   Date  January 30, 2015  Time 10:02 -10:23

**Hon. DENNIS H INMAN, Magistrate Judge, Presiding**

| KIM OTTINGER | 10:02:58-10:22:23 | J. GREGORY BOWMAN |
|---|---|---|
| Deputy Clerk | Court Reporter/Tape No | Assistant US Attorney |

| DEFENDANT | ATTORNEY |
|---|---|
| MICHAEL DALE KELLER | TIM MOORE; ROSANA BROWN |

**PROCEEDINGS:**   Arrest Date:  1/29/2015

Defendant sworn

Defendant found competent

Defendant advised of charges, penalties, and rights
(Copy of complaint provided to defendant or counsel by clerk)
Financial affidavit executed with  Counsel present and appointed

Oral motion by government for detention

    Detention hearing                              2/3/2015 @ 9:00 A.M.

    Arraignment or Preliminary Hearing:   2/11/2015 @ 9:30 A.M.

Defendant remanded to custody of US Marshal

Orders to enter